

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00323-CV

Faustino Jaime Porras, thru his Next Friend Oralia Porras
v.
San Juan Nursing Home, Inc.

On Appeal from the
398th District Court of Hidalgo County, Texas
Trial Court Cause No. C-1921-20-I

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against the party incurring same.

We further order this decision certified below for observance.

January 30, 2025